MINUTE ENTRY
MILAZZO, J.
JULY 19, 2023

JS-10 00:38

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| UNITED STATES OF AMERICA | CRIMINAL ACTION |
| VERSUS | NO: 21-37 |
| RANDY A. FARRELL, SR. | SECTION "H" |

### SENTENCING
*U.S. District Judge Jane Triche Milazzo presiding*

CASE MANAGER:      Sherry Adams
COURT REPORTER:    Cathy Pepper
LAW CLERK:         Emmy Schroeter

APPEARANCES:       William M. Montague & Nicholas Moses, for Government
                   Richard Simmons, Jr. & Richard Westling, for Defendant
                   Randy A. Farrell, Sr., Defendant
                   Danielle Robinson, Probation Officer

Court begins at 9:52 a.m.
Counsel appear for the record.
On November 5, 2021, defendant entered into a guilty plea as to Count 1 of the Superseding Bill of Information.
Objections to the PSR are made on the record, and the Court ruled on same.
Defendant and his counsel addressed the Court.
Government addressed the Court.
Defendant is sentenced as to Count 1 of the Superseding Bill of Information.
Fine and restitution are ordered.
Defendant released.
See Judgment and Commitment Order.
Court adjourned at 10:30 a.m.